UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

BOBBY SAUNDERS, ET AL.,

Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 3 (BSJ)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSA Michael Q. English, who is already on the case, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York

By: ___/s/_____
Elizabeth F. Maringer
Assistant United States Attorney
(212) 637- 2402

TO: All counsel of record