*Filed Electronically Via ECF*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Bobby Saunders,<br>a/k/a "Bobby Moore," et. al<br><br>Defendant | No: S2 07-CR-3 (BSJ) |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry of Law Offices of Priya Chaudhry hereby makes her appearance on behalf of defendant Bobby Saunders.

Respectfully submitted,

    /s/ Priya Chaudhry
Priya Chaudhry (PC 3073)
pchaudhry@chaudhrylaw.com
Law Offices of Priya Chaudhry
111 Broadway, 14th Floor
New York, NY 10006
       Phone: 212.616.3047
       Fax:    212.616.3048

Attorney for Bobby Saunders