IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOBBY SAUNDERS, ET. AL. | No: 07-CR-3 (BSJ) |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry, attorney for defendant Bobby Saunders, hereby changes her address as follows:

    Priya Chaudhry
    Law Offices of Priya Chaudhry
    80 Pine Street, 33rd Floor
    New York, NY 10005
        Phone: 212.785.5550
        Fax:    212.785.5558
    pchaudhry@chaudhrylaw.com

                Respectfully submitted,

                   /s/ Priya Chaudhry
                Priya Chaudhry (PC-3073)
                pchaudhry@chaudhrylaw.com
                Law Offices of Priya Chaudhry
                80 Pine Street, 33rd Floor
                New York, NY 10005
                    Phone: 212.785.5550
                    Fax:    212.785.5558
                Attorney for Bobby Saunders