

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2008



**By Facsimile and Hand Delivery**

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re:   United States v. Bobby Saunders, et al.
             S4 07 Cr. 3 (BSJ)

Dear Judge Jones:

      During recent pretrial conferences in the above-captioned action, several defendants have indicated their intention to file motions seeking severance from other defendants pursuant to Federal Rule of Criminal Procedure 14. Based on these anticipated motions, the Government has agreed to sever those defendants charged with murder, racketeering, robbery, narcotics, and firearms offenses from those defendants charged solely with narcotics and firearms offenses. Accordingly, the Government hereby consents to the severance of defendants Hisan Lee, Hibah Lee, Delroy Lee, Robert Morrison, Andre Davidson, Selbourne Waite, Levar Gayle, Bobby Saunders, Bobby Moore, Jr., and Tyrone Moore from defendants Carmen Moore (who remains a fugitive), Dakwan Edwards, Marquish Jones, Mark Hart, Raheem Tucker, Demetri Young, Christopher Diaz, Anthony Diaz, Paul Love, Aaron Birch, Kevin Beckford, and Jermell Falzone.

      The Government is, however, still actively investigating several defendants who are currently charged solely with narcotics and firearms offenses for their roles in the charged robberies and murders. In the event that a Grand Jury returns a superseding indictment containing murder, racketeering, or robbery charges against a defendant who had previously been charged solely with narcotics and firearms offenses, the Government respectfully reserves the right to seek the joinder of that defendant with the similarly-charged defendants listed above.

The Honorable Barbara S. Jones
May 14, 2008
Page 2

    Thank you for your consideration of this matter.

        Very truly yours,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: *[signature]*
        Michael Q. English
        Assistant United States Attorney
        (212) 637-2594

CC:    All defense counsel (By fax)