```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

        - v. -                   :

BOBBY SAUNDERS,                  :
    a/k/a/ "Bobby Moore,"
CARMEN MOORE,                    :
    a/k/a "Munchie,"
BOBBY MOORE, JR.,                :
    a/k/a "Pops,"
    a/k/a "Poppy,"               :
TYRONE MOORE,                        NOTICE OF APPEARANCE AND
    a/k/a "Puss,"                :   REQUEST FOR ELECTRONIC
HISAN LEE,                           NOTIFICATION
    a/k/a "Devontea Clark,"      :
    a/k/a "Ice,"                     S4 07 Cr. 3 (BSJ)
HIBAH LEE,                       :
ANDRE DAVIDSON,
    a/k/a "O Dog,"               :
SELBOURNE WAITE,
    a/k/a "Silky,"               :
    a/k/a "Bling,"
DELROY LEE,                      :
    a/k/a "Specs,"
    a/k/a "DJ,"                  :
ROBERT MORRISON,
    a/k/a "Chips,"               :
LEVAR GAYLE,
    a/k/a "Train,"               :
DAKWAN EDWARDS,
    a/k/a "Doc,"                 :
MARQUISH JONES,
    a/k/a "Lunchbox,"            :
MARK HART,
    a/k/a "Movements,"           :
RAHEEM TUCKER,
    a/k/a "Ras,"                 :
DEMETRI YOUNG,
    a/k/a "Walter Malone,"       :
CHRISTOPHER DIAZ,
    a/k/a "X Box,"               :
ANTHONY DIAZ,
    a/k/a "Little X,"            :
PAUL LOVE,
```

```
AARON BIRCH,                          :
    a/k/a "A,"
    a/k/a "Ace,"                      :
KEVIN BECKFORD,
    a/k/a "Carl Beckford," and        :
JERMELL FALZONE,
    a/k/a "Mel,"                      :

              Defendants.             :

- - - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests that the Clerk note his appearance in this case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                   By:   \_\_/s/_____
                        David V. Harbach, II
                        Assistant United States Attorney
                        (212) 637-2606
                        david.harbach@usdoj.gov